# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| YVONNE COWAN, | ) | Case No. CV 07-7191-JTL |
| Plaintiff, | ) | |
| | ) | **J U D G M E N T** |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| Defendant. | ) | |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

DATED: September 19, 2008

_____
                    /s/
JENNIFER T. LUM
UNITED STATES MAGISTRATE JUDGE